**File Hashes for IP Address 71.114.100.168**

**ISP:** Verizon FiOS
**Physical Location:** Reston, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/07/2014 13:03:53 | 075F4C7EE0EA4929091035DD533F85D5BB120D6F | It Has Always Been You |
| 07/07/2014 13:00:38 | B9D4CE50042DC4337CE6E769C4D4FE63157C7BD6 | Enjoy My Backdoor |
| 07/07/2014 12:50:18 | B6B8472AB40427253CC0225993FD17B8B0905ED8 | They Seem so Sweet |
| 07/07/2014 12:44:27 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 07/07/2014 12:23:55 | 4D7BDD3E18D6C8918B66D2E597843CCA597FCCA6 | Pretty Little Belle |
| 07/07/2014 12:19:05 | F29588AC6AD7BF70BDC9A5BF74798A0C5D264C3A | So Young |
| 07/07/2014 12:18:56 | E2FB0812F2C1BDC78DB48CA92059EFEC12D8043D | Epic Love |
| 07/07/2014 12:17:02 | 098FF90C93AF908191CD9563C4551AD459D7E64B | Brilliant Jillian |
| 07/07/2014 12:16:47 | 6DFFF2B8FC786651B6F52A241FD296068616F57F | Just Watch Part 2 |
| 07/07/2014 12:16:28 | 31D19BE9A8127DFBE2D6D33AC23EC67CFAED4846 | Move with Me |
| 07/07/2014 12:15:55 | 18DC1288637E25D7B7C9976734A7CA9C79C6C7C9 | Get Wild at Home |
| 07/07/2014 12:14:51 | 2C3FD24D65BB36097A8D9C0334145DD7224D444A | A Little Time For Myself |
| 07/07/2014 12:08:36 | 568DFC435ACFEA9BB0C6A1E7435D97D073731A63 | Remembering Strawberry Wine |
| 07/07/2014 12:03:23 | 4C0CDAF8D3DF5E95BD182BA6DA91DD8AFA884B63 | The Way I Feel |
| 07/07/2014 11:58:52 | 15036C97E11F054B35EC4B131F7749469238B4B3 | Season of Love |
| 07/07/2014 11:54:29 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 07/07/2014 11:52:43 | 5D0515A4F6E95F68AD70CDE7072A9E225D32AB04 | Russian Connection |
| 07/07/2014 11:41:32 | B3EC84AC825E528819AD20121B47B865F86775A2 | Submissive Seduction |
| 07/07/2014 11:36:50 | 0C14A8E784BDD71479950FD8F7595933530321CE | Trophy Wife |
| 07/07/2014 11:32:30 | 6BD489F45906D143500FEE330AC35418B2A38429 | Getting Ready For Bed |
| 07/07/2014 11:28:22 | 944C1999925ED57BFC6AB1809BE462AB0FB4D273 | Lost In My Own Moment |
| 07/07/2014 11:20:13 | F7A09D9219FCBA6BDE3B6C4D30F98728907BAF5E | Morning Meditation |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/07/2014 11:19:28 | 4375BAF47BD1A21956B1DD461EDF3CCA3B75BC4D | Getting Ready For You |
| 07/07/2014 11:06:41 | 2C8D10E449CFAB3ED9A6946E0C9226C6F1A43E3A | Risky Business |
| 07/07/2014 11:06:37 | FD0E9428F8DC7DF06454D27E8C5A39001ECE3D1F | Meet My Lover From Austria |
| 07/07/2014 11:05:38 | D8A22D570AD96D7C149736AC485D82F91066EECF | I Am In the Mood |
| 07/07/2014 10:59:30 | 8E5D4B88383770091C52EE405B3602A48A1FF8B6 | Just the Three of Us |
| 07/07/2014 10:58:43 | 98DAD37B6BB088A9EEC4362BF6B76F6B789C462E | Floating Emotions |
| 07/07/2014 10:55:32 | 7F36C3FAC2AB2921048BFBD68A1905C72BF9337F | Sweet Dreamers |
| 07/07/2014 10:54:19 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/07/2014 10:44:10 | 45348EF0E9103BCCB0BE7DF6DE1288A55FE8FE2D | In for the Night |
| 07/07/2014 10:03:34 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 07/07/2014 09:37:32 | FDA0F2DDA64E2F05B381523823EDE832EE74246F | Three Way is the Best Way |
| 07/07/2014 08:29:11 | 74ED9F16B2D9999FDEC8D0B51D4DC357BF96B745 | Sex With Glasses |
| 07/07/2014 08:26:16 | CF4746BCB3875AB0A6E33343DE3AA0A0BE36A7C3 | I Will See You In The Morning |
| 07/07/2014 08:10:38 | 91D22A6F66495928D68FE6EFE63FC676FD6AC763 | Hot Orgasm |
| 07/07/2014 08:05:28 | 5164978A92B85A0E02BB83908988321A30590905 | And Then There Was You |
| 07/07/2014 07:41:00 | 40D6652804A7559C52E05B055EAABE34C418AC5A | Not Alone |
| 07/07/2014 07:20:27 | EC44232EE6CF48F16843FD948A06E55147F9295F | From Three to Four Part 2 |
| 07/07/2014 06:42:58 | 00C13D33EBDBEDD8A8A3E4DA68B9A33B614E20A9 | Blindfold Me Baby |
| 07/07/2014 05:18:28 | 50930D439A05CE372CB069D7FBD367826D374E6C | They Only Look Innocent |
| 07/07/2014 03:05:01 | A5850C3A6470BB08C05CF823750ECF3A817686EA | Two By Two |
| 07/07/2014 02:35:45 | 217D6732A6FFED0D4BBEE863D77C5F18E8291C0A | Just Watch |
| 07/07/2014 00:07:08 | 3DBB1119134C7285616B01EC8A17F6D6796E1B43 | Creamy |
| 07/06/2014 23:52:56 | 164CD7A1EB3666CA95D899114DC70E030C89E2D7 | Playing Dress Up |
| 07/06/2014 22:55:28 | 90051F4F8BF4E74DB827E0F2127942EA9932EB9B | Mile High Club |
| 07/06/2014 21:10:37 | 3807834CB5E4002AE1227799AD36BAAFB9E36EF1 | At Home With Tiffany |

EVA69

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/06/2014 20:39:24 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |
| 07/06/2014 19:38:52 | 5DDB42ACD8316C553B0C58265ABA398CCA5B7EB5 | Feeling Frisky |
| 07/06/2014 19:19:27 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 07/06/2014 18:44:38 | 5BB2BAF9CF83926F141E1B1799A148B12DD0835C | All Oiled Up |
| 07/06/2014 18:40:41 | 0BD7899E96F4A450F75AD47299C0BEFE6F2296AC | Fascination With My Body |
| 07/06/2014 18:35:35 | 3B7288226BB89E54D7E180D8A1C9813244012E69 | Wake Me Up |
| 07/06/2014 18:26:49 | 23E25904FFA921E91DD38E0D0EF7B1EB1A77F7E1 | Lonesome Without You |
| 07/06/2014 18:12:09 | AB14BCC67C446A4B675CDE61690C977253FD8E19 | Emilie is All Alone |
| 07/06/2014 18:12:00 | C2A03B88B210A0F17F3D19181222D8C46DE1B420 | Pink Perfection |
| 07/06/2014 18:00:38 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 07/06/2014 17:55:44 | 80A3176D85D32C18D0A990E2AA11CDCF68AA625D | Catching Up |
| 07/06/2014 17:47:39 | 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex |
| 07/06/2014 17:41:43 | BAA02D43CF3C2D655E369C68C084D36F93D64DE8 | I Want You To Watch Me |
| 07/06/2014 17:35:39 | 4CF61D7682E7B02478E2EF563AEE264F43C7A415 | Putting On A Show For You |
| 07/06/2014 17:33:45 | 3C6A9B93EACE33652AD8473112027D59AAB94879 | In My Living Room |
| 07/06/2014 17:24:55 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 07/06/2014 17:20:56 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 07/06/2014 17:11:27 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 07/06/2014 17:10:15 | 5AD7B95FFA75C4606F63B6E16A793974AC0B7567 | Knock On My Door |
| 07/06/2014 17:00:31 | 215D3FBF823E6DD9AF114368678E4F534FCC2DA6 | Slippery Sensations |
| 01/02/2014 00:08:09 | 59AB819DE1378BC6DDB715B92ECCF08C0EF6597C | High School Dropouts |
| 01/01/2014 17:25:31 | 1AE2C5738D6957E318E36D366BBE2D7418ABD822 | Ready for Love |
| 12/30/2013 20:36:46 | CDDEE4024AA2882BF61FC875A18895BF8475F62F | Tease and Please |
| 12/30/2013 20:04:46 | 52C430D702F6DD1E88F6E19CB42F671F050C5A05 | Arrest Me |
| 12/30/2013 19:50:14 | 14B5574C0E73CDCCDE75D43CA9E6029A6694F8A8 | So Right Its Wrong |

EXHIBIT A

EVA69

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/30/2013 19:41:37 | 2589FE4304A8C9E5394C5835347DA9D008B66B71 | So Beautiful |
| 12/30/2013 19:39:20 | 36A186CB7087F918C2FA1F1379872C1BD62FBE17 | A Blonde in my Bedroom |
| 12/30/2013 19:29:48 | ECA3CB1CDE16179FB0AC5F65CC63AEEDBA1E88D6 | A Sweet Moment |
| 12/30/2013 14:59:53 | 4E766F27E30E4F48F6730BF64B95B3BC07ED93BF | No Hurry |
| 12/30/2013 14:48:21 | 990F2DF93B502BF0653605C472CD6772A8FAC3A4 | Awakening |
| 12/30/2013 14:27:28 | 56FDFDB80D94D725D50F5F8063F6279D8F5E9C45 | Double Daydreams |
| 12/30/2013 14:02:58 | D03B4E4412A865AB180473E3265D1480C35AE4FE | Undress Me |
| 12/30/2013 13:28:34 | 8D5155A6D4BEE1554558A0DB73143386DB822FB0 | LA Plans |
| 12/30/2013 12:28:33 | 738503520F4E2C8E64ED2C125E4D947E72C66777 | Many Shades of Grey |
| 12/30/2013 12:08:11 | FA49B213E99A2183027DE63F70EBDA6F15EF5697 | A Gift from Colette |
| 12/30/2013 12:05:08 | 4B7F6A2BB4C01B0728DD192E8D5001E45A0F09FF | Good Night Kiss |
| 12/30/2013 12:02:45 | 1C0AC43498CE3D3F6C87ADF451AB6C85F4D303F7 | A Christmas Story |
| 12/30/2013 12:02:10 | FADCB627414AC933AB5B3138E53EC1DDA914C9AA | Lying Around |
| 12/30/2013 12:01:14 | 044524A66305103FA9738CA2C42C19C32DB5F1A5 | Warm and Fuzzy |
| 12/30/2013 11:52:55 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |
| 12/30/2013 11:50:25 | 16F3D6B5B404A99467764C59D4B3D2B4B29E3E42 | Fantasy Come True |
| 12/30/2013 11:36:22 | 83E3175D90F0233DA0A3B700AAB14ACEB7BE121C | No Turning Back Part #1 |
| 12/30/2013 11:36:11 | E444158B25DA5BE22525B6E5DD93DDBC8D56528B | Santas Little Helper |
| 12/30/2013 11:32:08 | CC6F5586961EF5CE46145CB6E122E239185E1D67 | Model Couple on Vacation |
| 12/30/2013 11:31:24 | 9B499B104B7038B67FDE2EA459783D3DAB5DE200 | Apertif Our Style |
| 12/30/2013 11:28:32 | FF846FC13A379D301C33FEC8FC150127C952A990 | Love at First Sight |
| 11/07/2013 20:44:02 | A4FF583B1C30EE9019278A95A6DD1E766C65F2FB | Let Me Take Your Picture |
| 11/07/2013 20:24:30 | 050B8F638E8BB7504E473E619C320350B5F3AA47 | Party Boat |
| 11/07/2013 19:59:55 | 2257FF2254AA8CF703EDAF618177D76A70F02B5C | Digital Love |
| 11/07/2013 19:47:43 | C9C43E5BFDA7A9E2BA909B14C3C06093E75A8A80 | Her First Time |

EXHIBIT A

EVA69

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/07/2013 19:18:33 | 2D7B8E2A08C5A3DF62BC69C305C43F348D791986 | First and Forever |
| 11/07/2013 19:15:14 | 234BF74E9130AAAB7644DCE409624FD007F3BA22 | Love with a View |
| 11/07/2013 19:13:50 | D45F12F5E97F6B05AA1A90CB3ACD4DC14C09796A | The Best Blondes |
| 11/07/2013 18:59:17 | F263DF1D141921549330CDB51DDC487D1DD51A43 | Almost Famous |
| 11/07/2013 18:53:52 | E6A67FE3BB56015BB3E8C63EB634ED14365535EC | The Journey |
| 11/07/2013 18:44:39 | A40267B861D98522679C4F9332DD9F0246D022C8 | Like the Sun |
| 11/07/2013 18:44:36 | 5028025E8FAC072D768663F9C6CEE547212D554C | Date Night at Home |
| 11/07/2013 18:10:21 | 3ECF7CFC433F37249909B62B8A61240D922D96C0 | In Charge |
| 11/07/2013 15:01:10 | EA99AC7173DF533451FF49AFCE1632E534DFDDE4 | In Love with a Girl |
| 11/07/2013 14:53:24 | 5710510F0545E569D1944B6791A908B2F72EDC6C | They Meet Again |
| 11/07/2013 14:51:18 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 11/07/2013 14:41:57 | 5289898BEC564BF698619799779E21C7EBC2BDA1 | Cassie My Love |
| 11/07/2013 14:28:12 | 74E94259DDBAA6406EF240551A1C3EE6BD45DB08 | Grow Up With Me |
| 11/07/2013 14:26:28 | 1D6D0310DCAC9BFE62CEE13C6C79492F81E30AFF | Blindfold Me and Tie Me Up |
| 11/07/2013 14:08:02 | F87A2E1E8D580C3A625BDE5C10DD3AF5C0BDE64E | Lovers at Home |
| 11/07/2013 13:50:57 | 804214E40F3E19E6BB1BF041223C05E2B5DBF7DC | Baby Blues |
| 11/07/2013 13:30:09 | 72D6ABD88F08C0C704344798BF2AD4D6E12D979B | Much Needed Vacation |
| 11/07/2013 13:29:21 | D472A213E03DC20772F1DE6AC982F1CDB4416344 | Body Language |
| 11/07/2013 13:28:27 | B48A1BB0112378361A0BB3E268A5526F04C3F480 | My Naughty Girl |
| 11/07/2013 13:28:23 | 64ADCF0150EAD63FC61B661ADEDEDF06E5752A1C | Bohemian Rhapsody |

**Total Statutory Claims Against Defendant: 117**

EXHIBIT A

EVA69